GREEN TREE SERVICING MORTGAGE CO., Respondent

v.

Gennaro RAUSO, Petitioner

No. 469 MAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

### ORDER

PER CURIAM

AND NOW, this 15th day of November, 2016, the Petition for Allowance of Appeal and Application for Substitution of Parties Pursuant to Pa.R.A.P. 502 are **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Ismael LOPEZ, Petitioner

No. 343 EAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

### ORDER

PER CURIAM

AND NOW, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

John Robert MCCOOL, Petitioner

No. 483 MAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

### ORDER

PER CURIAM

AND NOW, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.